UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

JESSICA D. ADAMS,

    Plaintiff,

v.

    Case No. 16-cv-0121

ALLEN EDMONDS CORPORATION,

    Defendant.

## STIPULATION FOR DISMISSAL

Plaintiff Jessica D. Adams and Defendant Allen Edmonds Corporation, by and through their respective counsel, hereby stipulate that the Court may enter an Order dismissing this action and all claims herein with prejudice and without costs or attorneys' fees.

**HEINS EMPLOYMENT LAW PRACTICE, LLC**
**Attorneys for Plaintiff Jessica D. Adams**

By: s/Janet L. Heins
    Janet L. Heins, State Bar No. 1000677

Dated: 8/17/16

**GODFREY & KAHN, S.C.**
**Attorneys for Defendant Allen Edmonds Corporation**

By: s/Rebeca M. Lopez
    Brian Spahn, State Bar No. 1060080
    Rebeca M. López, State Bar No. 1084842

Dated: 8/29/2016